UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUL 13 P 4:00

UNITED STATES OF AMERICA :

v. : Criminal No. 3:01CR131(JBA)

LEONARD J. GRIMALDI :

U.S. ... COURT
NEW HAVEN, CT

## ORDER & AMENDMENT TO JUDGMENT

Upon consideration of the United States of America's Unopposed Motion to Dismiss Forfeiture Allegation, to Correct Clerical Error in Judgment, and to Unseal Prior Motions to Deposit Funds ("Motion to Correct Judgment"), and the record of the case as a whole,

IT IS HEREBY ORDERED, that the Motion to Correct Judgment is hereby granted; and

IT IS FURTHER ORDERED, that the Forfeiture Allegation captioned "Count 3" in the Information is hereby dismissed; and

IT IS FURTHER ORDERED, that the Judgment & Commitment Order entered by this Court on July 16, 2003, and previously amended by the Court's order of September 26, 2003 ("Judgment"), is hereby amended to the extent that all references to Count 3, to Criminal Forfeiture, and to the Forfeiture Allegation are stricken; and

IT IS FURTHER ORDERED, that in all other respects the Judgment shall remain in effect; and

IT IS FURTHER ORDERED, that the two sealed motions previously filed by the United States on October 10, 2001 and December 10, 2001, each captioned "Government's Unopposed Motion for Authorization to Deposit Funds in Court Registry," shall be forthwith unsealed.

Dated this 13th day of July, 2005, at New Haven, Connecticut.

HON. JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE