UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 3:01CR131(JBA) |
| LEONARD J. GRIMALDI, | |
| Defendant. | August 15, 2005 |

### MOTION FOR RETURN OF PROPERTY

The defendant Leonard Grimaldi, through his undersigned counsel, hereby moves for the return of his passport, which is in the possession of the Clerk of the Court as a condition of his bond. Mr. Grimaldi was sentenced on July 16, 2003, and the conditions of his bond have been fully met. He therefore respectfully requests that his passport be returned to him through his undersigned counsel.

```
                              THE DEFENDANT,
                              LEONARD J. GRIMALDI

                      By:     /s/ James T. Cowdery
                              James T. Cowdery
                              Fed. Bar No. ct05103
                              Cowdery, Ecker & Murphy, L.L.C.
                              750 Main Street
                              Hartford, CT  06103
                              Phone:  (860) 278-5555
                              Fax:    (860) 249-0012
                              E-mail: Jcowdery@cemlaw.com
```

**CERTIFICATE OF SERVICE**

    I certify that on August 15, 2005, a copy of the foregoing Memorandum in Response was mailed, postage prepaid, to:

James I. Glasser, Esq.
U.S. Attorney's Office
Chief Criminal Division
157 Church Street
New Haven, CT 06510

Mr. Warren Maxwell
United States Probation Officer
United States Probation Office
157 Church Street
New Haven, CT  06510

                                                     _____
                                                    James T. Cowdery