UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No.3:01cr131(JBA) |
| v. | |
| LEONARD J. GRIMALDI | August 17, 2004 |

**<u>NOTICE RE: RETURN OF PASSPORT</u>**

On August 16, 2005 defendant's counsel filed the defendant's Motion For Return of Property. Specifically said motion requests the return of Leonard J. Grimaldi's United States Passport. The United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice that it has no objection to the return of the passport which is in the possession of the Clerk of the Court.

                                Respectfully submitted,

                                KEVIN J. O'CONNOR
                                UNITED STATES ATTORNEY


                                JAMES I. GLASSER
                                ASSISTANT UNITED STATES ATTORNEY
                                Federal Bar No. ct07221
                                157 Church Street
                                New Haven, Connecticut 06510
                                Tel: 203-821-3700
                                Fax: 203-773-5378
                                Email: james.glasser2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2005 a true and correct copy of the foregoing Notice Re: Return of Passport was sent via facsimile and postage prepaid mail to:

James T. Cowdery, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT  06103
fax: (860) 249-0012

Warren Maxwell
United States Probation Office
157 Church Street, 22nd Floor
New Haven, CT 06510
fax: (203) 773-2200

                                                           _____
                                                           JAMES I. GLASSER