**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:01cr131 (JBA) |
| **LEONARD J. GRIMALDI** | : |

## ENDORSEMENT ORDER #48

      Defendant's motion for return of property (U.S. Passport) is GRANTED. The Clerk is directed to return the passport to the defendant's attorney James T. Cowdery.

                                    IT IS SO ORDERED.

                                    _____/s/_____
                                    Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: August 31 ,2005