UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 3:01-cr-00131(JBA) |
| | : |
| LEONARD GRIMALDI, | : |
| | : December 5, 2006 |
| Defendant. | : |

### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The supervised releasee, Leonard Grimaldi, moves pursuant to 18 U.S.C. § 3583(e)(1) and Rule 32.1(c) of the Federal Rules of Criminal Procedure for an early termination of his 3-year term of supervised release, which is scheduled to conclude on August 30, 2007. Mr. Grimaldi has completed more than two-thirds of his term of supervised release. His supervising probation officer, Joseph Zampano of the United States Probation Office for the District of Connecticut, consents to, and encourages, this motion. In the unique circumstances of this case, the government takes no position with respect to this motion. In support of this motion, Mr. Grimaldi represents as follows.

1.  On July 16, 2003, Mr. Grimaldi was sentenced to 14 months of incarceration, to be followed by three years of supervised release. A copy of the Judgment is attached as Exhibit A. Mr. Grimaldi began serving his term of incarceration in the summer of 2003. Since his release from custody on August 30, 2004, he has been on supervised release.

2.  United States Probation Officer Joseph Zampano reports that Mr. Grimaldi has been fully compliant with all of the terms and conditions of his supervised release, and, as mentioned above, he fully supports this motion for early termination.

3.  Mr. Grimaldi has completely satisfied the fine and restitution obligations of his sentence, and has paid all applicable back taxes. He has completed the 400 hours of community service included in his sentence.

4.  Mr. Grimaldi is not a wealthy man. In 2005, he earned approximately $35,000, and he has virtually no savings. Nevertheless, he strives on a daily basis to increase his earning capacity and build his business, all while assuming the additional expenses associated with his parents' recent relocation to his home. Mr. Grimaldi's parents were exceptionally supportive of him before and during his incarceration and, now, as they grow older, he has welcomed the opportunity to take them into his home. He also hopes that the granting of this motion will provide a sense of closure for his parents while they remain with him.

5. Unfortunately, however, Mr. Grimaldi's status on supervised release has resulted in a serious financial burden. After his recent marriage, Mr. Grimaldi began the process of obtaining life insurance for the protection of his family in the event of his death. Mr. Grimaldi's insurance broker has informed him that his premiums will be increased from $940.00 to $2,915.00 simply because of his status on supervised release. A copy of a letter from Mr. Grimaldi's insurance broker confirming this substantial increase is attached at Exhibit B. This increased premium causes a material unexpected negative impact on his financial circumstances, which, as noted above, are extremely modest.

6. Apart from his financial difficulties, Mr. Grimaldi respectfully requests this Court to recognize his continued assistance to the Government.

7. Furthermore, though not required by this Court's Judgment, Mr. Grimaldi has spoken on a voluntary basis to college classes at both the University of Connecticut and Western Connecticut University regarding the importance of maintaining one's moral compass.

8. For the foregoing reasons, early termination of supervised release is warranted under 18 U.S.C. § 3583(e)(1), and Mr. Grimaldi respectfully requests that this motion be granted.

9. As referenced above, the undersigned has spoken with Assistant United States Attorney Nora R. Dannehy, who states that

the government takes no position with respect to this motion, leaving it to the discretion of the District Court.

                                MOVANT & SUPERVISED RELEASEE
                                LEONARD GRIMALDI

By: _____
    James T. Cowdery (ct05103)
    William J. Gullotta (ct26594)
    Cowdery, Ecker & Murphy, L.L.C.
    750 Main Street
    Hartford, CT  06103
    Phone:    (860) 278-5555
    Fax:      (860) 249-0012
    E-Mail:   Jcowdery@cemlaw.com

*Attorneys for Movant*

**CERTIFICATE OF SERVICE**

    This is to certify that on December 5, 2006, a copy of the foregoing Motion for Early Termination of Supervised Release was mailed to the following:

Mr. Joseph Zampano
U.S. Probation Officer
United States Probation Office
915 Lafayette Boulevard
Bridgeport, CT  06604

Nora R. Dannehy, Esq.
Assistant U.S. Attorney
450 Main Street
Hartford, CT 06103

                                                    _____
                                                  James T. Cowdery