# BERLINER-GELFAND & COMPANY, INC.

533 CLINTON AVE.  POB 3066  BRIDGEPORT, CT  06605-0066   PHONE (203) 367-7704 / FAX (203) 333-0710

Mr. Leonard Grimaldi
22 Hopewell Woods Rd
Redding, CT  06896

10/3/2006

RE: Prudential Life Insurance policy #L8027556
     Policy Date 9/43/06

Dear Mr. Grimaldi,

This letter will confirm our telephone conversation of this afternoon as to the reason the life insurance you recently applied for has been issued at 300% of the quoted premium.

On June 30, 2006 we sat together and completed an application to be submitted to Prudential Life Insurance Co.

After extensive communications with the underwriter, Prudential today offered you a policy with an annual premium of $2,915. I had quoted you $940. This new premium is $1,975 higher.

This offer was made based on your current status of being on 'Supervised Release'. It is my understanding that had you not been on 'Supervised Release', the policy would have been issued as applied for at the $940. annual premium.

Please feel free to call me if you have any questions.

Very truly yours,

BERLINER-GELFAND & CO., INC.

James R Berliner, CPCU

**CERTIFICATE OF SERVICE**

    This is to certify that on December 5, 2006, a copy of the foregoing Motion for Early Termination of Supervised Release was mailed to the following:

Mr. Joseph Zampano
U.S. Probation Officer
United States Probation Office
915 Lafayette Boulevard
Bridgeport, CT  06604

Nora R. Dannehy, Esq.
Assistant U.S. Attorney
450 Main Street
Hartford, CT 06103

                                                                           James T. Cowdery